IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-2543-AP**

**KATHERINE REISHLING,**

   Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

   Defendant.

## ORDER

Kane, J.

  This matter is before the Court on Defendant's Unopposed Motion to Remand (doc. #2), filed January 24, 2006.  This Court has reviewed the file and considered the motion.  It is hereby

  **ORDERED** that the motion is **GRANTED**.  This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

  Dated:  January 25, 2006

            BY THE COURT:

            S/**John L. Kane**
            SENIOR JUDGE,
            UNITED STATES DISTRICT COURT